IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLEARCHOICE HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-555 |
| CLEARCHOICE HEALTH CENTER, INC., | § § § § | |
| Defendant. | § | |

## JUDGMENT OF DEFAULT

Plaintiff Clearchoice Holdings, LLC has filed a Motion for Clerk's Entry of Default Against Defendant Clearchoice Health Center, Inc. (Document No. 7) and the Court, having examined the file and having found that the Defendant Clearchoice Health Center, Inc. was duly served with Summons and a copy of the Complaint and thereafter failed to answer within the time allowed by law, it is

ORDERED that a Judgment of Default is entered against Defendant Clearchoice Health Center, Inc. on the Complaint filed by Plaintiff Clearchoice Holdings, LLC. It is further

ORDERED that on or before twenty-one (21) days after the entry of this Order, Plaintiff Clearchoice Health Center, Inc. shall file its supporting affidavit(s) and other proof, if any, regarding

Plaintiff's damages, a memorandum of law regarding Plaintiff's claims, and a form of final judgment.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 31ST day of July, 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE