UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CLEARCHOICE HOLDINGS, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 4:15-c-00555 |
| | § | |
| | § | |
| **CLEARCHOICE HEALTH CENTER,** | § | |
| **INC**. | § | |
| *Defendant.* | § | |

## DEFENDANTS AGREED EMERGENCY MOTION TO RESCHEDULE HEARING

Defendant Clearchoice Health Center, Inc. ("Defendant" or "Clearchoice") hereby files this Motion to Reschedule hearing on Damages, and in support thereof states as follows:

1. This Court reset the Plaintiffs damages hearing under Docket No. 57 for tomorrow, June 15, 2018 at 3:30PM.

2. Defendant respectfully request that the hearing is reset due to the fact that tomorrow is a religious holiday for Defendant's managing member. Specifically, tomorrow is EID, which is the end of the annual religious month of Ramadan. The end is determined on a lunar calendar so the date is uncertain until a couple of days prior to the holiday otherwise this request would have been made sooner.

3. Accordingly, Defendant respectfully requests that the Court reschedule the hearing currently set for June 15, 2018 for another date as soon as it is convenient for the Court.

4. Defendant spoke to Victor Johnson yesterday via email and he said that he was in agreement with this request.

          Respectfully submitted,

          Law Office of Keval Patel, PC

          _/s/_ Keval Patel
          State Bar No. 24052895
          19855 Southwest Freeway, Suite 330
          Sugar Land, Texas 77478
          Tel: 281-340-2026
          Fax: 281-677-4197
          kpatel@patel-law.com
          ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel of record on the substance of this motion and he has agreed to continue the hearing.

          /s/ Keval Patel

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th of June 2018, the attached document was electronically submitted to the Clerk of the Court using the ECF System for filing which will automatically serve the following recipients:

Victor Johnson
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
www.dykema.com

          /s/ Keval Patel
          Keval Patel